**Order entered November 23, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00744-CV

### ROBBIE LESA HAMES HORTON, Appellant

### V.

### KIMBERLY A. STOVALL, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14190**

## ORDER

Before the Court is appellant's November 21, 2016 second unopposed motion for extension of time to file her brief. We **GRANT** appellant's motion and **ORDER** the brief filed by **DECEMBER 7, 2016**.

We caution appellant that no further extension will be granted absent extenuating circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE